UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MAG. NOS. 1:12-MJ-266, 267, 268, 269, 270, 271, 272, 273 |
| premises located at: | |
| 2847 Werk Rd., Cincinnati, OH 45211; | |
| 2888 Fischer Place, Cincinnati, OH 45211; | MAGISTRATE JUDGE LITKOVITZ |
| 2851 Shaffer Ave., Cincinnati, OH 45211; | |
| 2516 Orlando Ave., Cincinnati, OH 45211; | |
| 3478 Hazelwood Ave., Apt. #8, Cincinnati, OH 45211; | |
| 8273 Georgianna Dr., Cincinnati, OH 45239; | |
| 2516 Sarvis Ct., Cincinnati, OH 45214; | |
| 2545 Meyerhill Dr., Cincinnati, OH 45211; | |

## ORDER TO UNSEAL SEARCH AND SEIZURE WARRANT, APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

WHEREAS the search and seizure warrants issued August 29, 2012 have been executed, the returns have been filed and good cause appearing,

IT IS ORDERED that the search and seizure warrants, the applications for the search and seizure warrants, and the affidavits for the search and seizure warrant are hereby unsealed.

HONORABLE KAREN L. LITKOVITZ
UNITED STATES MAGISTRATE JUDGE